## THOMAS EMERSON *versus* HUBERT LACROIX

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Continued *p. 264; (2) discontinued *p. 350.

PAPERS IN FILE: (1) Agreement to enter amicable suit; (2) recognizance; (3) declaration; (4) plea of non assumpsit and notice of set off; (5) discontinuance.

*1821 Calendar*, MS p. 105. Recorded in *Book B*, MS pp. 193–96.